**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood, Esq. (SBN 239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

**WOODROW & PELUSO, LLC**
Steven L. Woodrow
swoodrow@woodrowpeluso.com
Taylor T. Smith
tsmith@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the alleged Class*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> POWERLINE FUNDING LLC, a New York limited liability company, <br><br> Defendant | Case No.: 8:19-cv-00098 <br><br> **STIPULATION CONTINUING DEADLINE FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT AND STIPULATION CONTINUING DATE TO FILE MOTION FOR CLASS CERTIFICATION** |

{Benitez v. Powerline Funding, LLC.}   - 1 -   STIPULATION CONTINUING DEADLINE FOR
DEFENDANT TO FILE A RESPONSE & FILING OF
MOTION FOR CLASS CERTIFICATION
CASE NO: 8:19-cv-00098

TO THE HONORABLE COURT:

WHEREAS on January 21, 2019, MARIANO BENITEZ ("Plaintiff"), filed a purported Class Action Complaint (the "Complaint") against POWERLINE FUNDING LLC ("Defendant");

WHEREAS Defendant was served on January 24, 2019;

WHEREAS on February 7, 2019, the parties, through their respective counsel, entertained the possibility of an early resolution to this matter and as such agreed Defendant may be provided an additional twenty one (21) days to file its response thereby advancing Defendant's response date to the Complaint through March 7, 2019.

WHEREAS, under Local Rule 23, Plaintiff must file his Motion for Class Certification within 90 days of service of the Complaint, placing Plaintiff's current deadline as April 24, 2019. No discovery has begun in the case, which Plaintiff will require to sufficiently file a Motion for Class Certification. Thus, the Parties request that the Court continue the deadline for Plaintiff to move for class certification at this time. When the Parties file a Case Management Statement, the Parties will set forth their positions with respect to the case schedule, including the date of the filing of a Motion for Class Certification.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that the date for Defendant to file its response to the Complaint shall be set to March 7, 2019 and that the Parties be allowed to

provide a date of the filing of a Motion for Class Certification upon their filing of the Case Management Statement.

The Signatories hereto have authorized the filing of this stipulation pursuant to Local Rule 5-4.3.4

DATED: February 14, 2019        **THE AFTERGOOD LAW FIRM**

By: /s/ Aaron D. Aftergood
    Aaron D. Aftergood, Esq.
    Attorneys for Plaintiff
    1880 Century Park East, Suite 200
    Los Angeles, CA 90067
    Telephone: (310) 550-5221
    Facsimile: (310) 496-2840

DATED: February 14, 2019        **GREENSPOON MARDER LLP**

By: /s/ Neil Thakor
    Neil Thakor, Esq.
    Attorney for Defendant
    1875 Century Park East, Suite 1850
    Los Angeles, CA 90067
    Tel: (310)-880-4520
    Fax: (954) 771-9264

# **ATTESTATION**

Pursuant to Local Rule 5.4.3.4, I hereby certify that the content of this document is acceptable to the counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

DATED:  February  14**,** 2019                    Greenspoon Marder, LLP

                                                      By:  /s/ Neil Thakor
                                                              Neil Thakor
                                                              Attorneys for Defendant

{Benitez v. Powerline Funding, LLC.}     - 4 -     STIPULATION CONTINUING DEADLINE FOR
                                                   DEFENDANT TO FILE A RESPONSE & FILING OF
                                                   MOTION FOR CLASS CERTIFICATION
                                                   CASE NO: 8:19-cv-00098