# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> POWERLINE FUNDING LLC, a New York limited liability company, <br><br> Defendant | Case No.: 8:19-cv-00098-JLS-DFM |

## ORDER

On stipulation of parties, IT IS HEREBY ORDERED that POWERLINE FUNDING LLC shall have up to and including March 7, 2019 to answer or otherwise respond to the Complaint.

The parties also stipulated to extend the time in which to file a Motion for class certification. That part of the stipulation is unnecessary. The parties are directed to review this Court's Procedures web page, available at http://www.cacd.uscourts.gov/honorable-josephine-l-staton. Specifically, the parties are directed to Class Action Scheduling Issues, Procedure No. 9, which states:

> Plaintiffs in a putative class action need not comply with Local Rule 23-3, which requires the filing of a motion for class certification within ninety days of the filing of a class action complaint. Instead, the parties are directed to discuss scheduling issues related to class certification in their Joint Rule 26(f) Report. It is strongly suggested that counsel agree to a class certification briefing schedule.

Dated: February 19, 2019

*[signature]*

Hon. Josephine L. Staton
United States District Judge