1
2
3
4
5
6
7
8
9
10
11
12
13
14

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated, | Case No.: 8:19-cv-00098-JLS-DFM |
| Plaintiff, | **ORDER** |
| vs. | |
| POWERLINE FUNDING LLC, a New York limited liability company, | |
| Defendant | |

# ORDER

On stipulation of parties, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1) POWERLINE FUNDING LLC is to file its response to the Complaint no later than March 18, 2019.

Dated: 3/8/19

JOSEPHINE L. STATON
Hon. Josephine L. Staton
United States District Judge