# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>　　　　　Defendant | Case No.: 8:19-cv-00098 JLS (DFMx)<br><br>**ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT** |

　　On stipulation of parties, the Court extends the time for POWERLINE FUNDING LLC is to file its response to the Complaint. POWERLINE FUNDING LLC may file its answer or otherwise respond to the Complaint no later than March 18, 2019.

**IT IS SO ORDERED.**

Dated: March 14, 2019

_____
Hon. Josephine L. Staton
United States District Judge