# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>    Defendants. | Case No. 8:19-cv-00098 JLS (DFMx)<br><br>**ORDER** |

1

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

(1) Defendant Powerline Funding LLC shall have up to and including April 15, 2019 to file its response to the Complaint.

Dated: March 15, 2019

_____
Hon. Josephine L. Staton
United States District Judge

2