ALAN M. RITCHIE (298989)
aritchie@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

Attorneys for Defendant
POWERLINE FUNDING LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>Defendants. | Case No. 8:19-cv-00098<br><br>**FOURTH STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

# STIPULATION

TO THE HONORABLE COURT:

WHEREAS on January 21, 2019, Mariano Benitez ("Plaintiff") filed a putative class action complaint ("Complaint") against Powerline Funding LLC ("Powerline");

WHEREAS Powerline was served with a Summons and copy of the Complaint on or about January 24, 2019, making Powerline's responsive pleading originally due to be filed on February 14, 2019;

WHEREAS the Court previously approved the parties' stipulations to extend Powerline's time to respond to the Complaint to and including April 15, 2019 while the parties investigated the facts of this case and discussed potential resolution[1];

WHEREAS the undersigned counsel was only recently retained by Powerline[2] and needs additional time to investigate the facts of this case and review the allegations and claims in the Complaint;

WHEREAS the parties also desire additional time to discuss potential resolution without incurring additional litigation costs;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Powerline shall have up to and including April 29, 2019 to file its response to Plaintiff's Complaint.

---

[1] See Dkt. Nos. 13, 16-18, 21-22.
[2] See Dkt. Nos. 19, 25.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: April 9, 2019 | Defendant Powerline Funding LLC |
|   | By: */s/ Alan M. Ritchie*       <br>     One of its Attorneys |
|   | Alan M. Ritchie (298989)<br>aritchie@pilgrimchristakis.com<br>Pilgrim Christakis LLC<br>321 N. Clark Street, 26th Floor<br>Chicago, Illinois 60654<br>Telephone: (312) 924-1773<br>Facsimile: (312) 379-8547 |
| Dated April 9, 2019 | Plaintiff Mariano Benitez |
|   | By: */s/ Taylor T. Smith*       <br>     One of his Attorneys |
|   | Steven L. Woodrow (*admitted pro hac vice*)<br>swoodrow@woodrowpeluso.com<br>Taylor T. Smith (*admitted pro hac vice*)<br>tsmith@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave, Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Plaintiff's counsel concurs with the content of this document and has authorized me to affix his signature to the document and file the same with the Court.

                             */s/ Alan M. Ritchie*

**CERTIFICATE OF SERVICE**

Alan M. Ritchie, an attorney, certifies that on April 9, 2019, he electronically filed the foregoing Third Stipulation for Extension of Time to Respond to the Complaint with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                            */s/ Alan M. Ritchie*