ALAN M. RITCHIE (298989)
aritchie@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

Attorneys for Defendant
POWERLINE FUNDING LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>Defendants. | Case No. 8:19-cv-00098<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER ON DEFENDANT POWERLINE FUNDING LLC'S MOTION TO DISMISS THE CLAIMS OF ALL PUTATIVE NON-CALIFORNIA CLASS MEMBERS OR, IN THE ALTERNATIVE, TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS**<br><br>Date:      June 7, 2019<br>Time:     10:30 a.m.<br>Judge:    Hon. Josephine L. Staton<br>Location: Courtroom 10A |

# NOTICE OF LODGING

PLEASE TAKE NOTICE that Defendant Powerline Funding LLC hereby lodges the attached [Proposed] Order on Defendant Powerline Funding LLC's Motion to Dismiss the Claims of All Putative Non-California Class Members Or, in the Alternative, to Strike Plaintiff's Class Allegations.

Respectfully submitted,

Dated: May 24, 2019        Defendant Powerline Funding LLC

By: */s/ Alan M. Ritchie*
    One of its Attorneys

Alan M. Ritchie (298989)
aritchie@pilgrimchristakis.com
Pilgrim Christakis LLC
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

**CERTIFICATE OF SERVICE**

Alan M. Ritchie, an attorney, certifies that on May 24, 2019, he electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Alan M. Ritchie