# EXHIBIT A
# PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Benitez v. Powerline Funding, LLC
CASE NO:  8:19-cv-00098-JLS-DFM

| Matter | Deadline | Plaintiff's Request | Defendant's Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 60 Days | 9/19/2019 | 9/19/2019 |
| Fact Discovery Cut-Off | 18 weeks before the Final Pretrial Conference ("FPTC") | 2/28/2020 | 2/28/2020 |
| Last Day to Serve Initial Expert Reports | 16 weeks before the FPTC | 3/13/2020 | 3/13/2020 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | 16 weeks before the FPTC | 3/13/2020 | 3/13/2020 |
| Last Day to Serve Rebuttal Expert Reports | 12 weeks before the FPTC | 4/10/2020 | 4/10/2020 |
| Last Day to Conduct Settlement Proceedings | 9 weeks before the FPTC | 5/1/2010 | 5/1/2010 |
| Expert Discovery Cut-Off | 8 weeks before the FPTC | 5/8/2020 | 5/8/2020 |
| Last Day to File *Daubert* Motions | 7 weeks before the FPTC | 5/15/2020 | 5/15/2020 |
| Last Day to File Motions in Limine (other than *Daubert* Motions) | 4 weeks before the FPTC | 6/5/2020 | 6/5/2020 |
| **Final Pre-Trial Conference (Friday at 10:30 a.m.)** | | 7/3/2020 | 7/3/2020 |