UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mariano Benitez<br><br>PLAINTIFF(S),<br>v.<br>Powerline Funding, LLC<br><br>DEFENDANT(S), | CASE NUMBER<br>8:19-cv-00098-JLS (DFMX)<br><br>NOTICE OF CLERICAL ERROR |

TO:    U. S. District Judge(s)
       U. S. Magistrate Judge(s)
       Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry    have/has been corrected as indicated below.

Title of Scanned Document:   Minute (In Chamber) Order to Show Cause ("OSC") Regarding Joint Status Report

Filed Date: 6/10/2019                                              Document Number:    35

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: The above-stated document was docketed to this case in error. The document will be re-docketed to the correct Case number 2:19-CV-00098 JLS (KSx).

CLERK, U.S. DISTRICT COURT

Date   June 11, 2019                    By:    /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
                                                   Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (06/05)                    **NOTICE OF CLERICAL ERROR**