_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-00098-JLS (DFM)                              Date: June 19, 2019

Title:  Mariano Benitez v. Powerline Funding, LLC

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                                            N/A
     Deputy Clerk                                                      Court Reporter

  Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

      Not Present                                                        Not Present

**Proceedings:**           **(In Chambers) SCHEDULING ORDER**

     The Court has received and reviewed the parties' Joint Rule 26(f) Report. (Doc. 34.)  The Scheduling Conference set for hearing June 21, 2019, is VACATED, and the following schedule is set.

     Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.

     Except for the motion for class certification, counsel shall notice all hearings for the first available motions date at the time of the filing of the motion, and the deadlines for opposition and reply briefs shall be in accordance with Local Rule 7-9 and 7-10.  (See <<http://www.cacd.uscourts.gov/honorable-josephine-l-staton>> for closed civil motions hearing dates; see also Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

     The motion for class certification shall be noticed for hearing on the first available motions hearing date at the time of the filing of the motion, but no earlier than May 8, 2020.

     These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  See Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

     The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-00098-JLS (DFM)                    Date: June 19, 2019
Title:  Mariano Benitez v. Powerline Funding, LLC

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | August 20, 2019 |
| Fact Discovery Cut-off: | February 28, 2020 |
| Last Day to File Motion for Class Certification: | March 13, 2020 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | March 13, 2020 |
| Last Day to Serve Initial Expert Reports: | March 13, 2020 |
| Last Day to Serve Rebuttal Expert Reports: | April 10, 2020 |
| Last Day to File Opposition to Motion for Class Certification: | April 10, 2020 |
| Last Day to File Reply in Support of Motion for Class Certification: | April 24, 2020 |
| Last Day to Conduct Settlement Proceedings: | May 1, 2020 |
| Expert Discovery Cut-off: | May 8, 2020 |
| Last Day to File *Daubert* Motions: | May 15, 2020 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | June 5, 2020 |
| Final Pretrial Conference (10:30 a.m.): | July 10, 2020 |
| Trial Estimate:[1] | 3-5 days |

   **IT IS SO ORDERED.**

Initials of Preparer:  tg

_____

[1] This is the parties' estimate.  The Court may allot fewer days for trial.

_____