ALAN M. RITCHIE (298989)
aritchie@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

Attorneys for Defendant
POWERLINE FUNDING LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>Defendants. | Case No. 8:19-cv-00098<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT POWERLINE FUNDING LLC; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ALAN M. RITCHIE**<br><br>Date:      July 5, 2019<br>Time:     10:30 a.m.<br>Judge:    Hon. Josephine L. Staton<br>Location: Courtroom 10A |

# NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 5, 2019, at 10:30 a.m., or as soon as the matter may be heard, before the Honorable Josephine L. Staton, in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, 411 W. Fourth St., Santa Ana, California, Alan M. Ritchie of Pilgrim Christakis LLP will and hereby does seek leave of this Court to withdraw as counsel for Defendant Powerline Funding LLC ("Powerline").

This Motion is made pursuant to Local Rule 83-2.3.2 on the grounds that professional considerations require termination of the representation. Undersigned counsel is limited in its ability to provide additional information due to confidentiality considerations. *See* Cal. R. Prof. Conduct 1.6.

Pursuant to Local Rule 83-2.3.2 and 83-2.3.4, written notice of this Motion and the consequences of Powerline's inability to appear pro se as a corporate entity was provided to Powerline.

Pursuant to Local Rule 7-3, the undersigned counsel also conferred with counsel for Plaintiff Mariano Benitez ("Plaintiff"), and Plaintiff does not oppose this Motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Alan M. Ritchie, all pleadings and papers on file with the Court in this case, and on such matters as may be presented to the Court at or before the hearing of this Motion.

Dated: June 21, 2019

Respectfully submitted,

By: */s/ Alan M. Ritchie*

Alan M. Ritchie (298989)
aritchie@pilgrimchristakis.com
Pilgrim Christakis LLC
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

# MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

By this Motion, Pilgrim Christakis LLP seeks to withdraw as counsel of record for Defendant Powerline Funding LLC ("Powerline"). Good cause exists to grant the Motion because professional considerations require termination of the representation. Counsel is limited in its ability to provide additional information due to confidentiality considerations. *See* Cal. R. Prof. Conduct 1.6.

Allowing counsel to withdraw will not prejudice any party, nor will it cause any undue delay or harm. Plaintiff Mariano Benitez ("Plaintiff") does not oppose this Motion and, under Local Rule 83-2.3.2 and 83-2.3.4, counsel provided notice of this Motion and the consequences of Powerline's inability to appear pro se as a corporate entity. Finally, this matter is still in its infancy: a scheduling order was just recently entered on June 19, 2019,[1] and the parties have not yet exchanged any formal written discovery.

Accordingly, for the reasons discussed below, counsel should be granted leave to withdraw as counsel of record for Powerline.

## LEGAL STANDARD

Under the Local Rules, "[a]n attorney may not withdraw as counsel except by leave of court. A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." C.D. Cal. R. 83-2.3.2. "The motion for leave to withdraw must be supported by good cause," *id.*, and "[u]nless good cause is shown and the ends of

---

[1] *See* Dkt. No. 37.

4

NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT POWERLINE FUNDING LLC; MEMORANDUM OF POINTS AND AUTHORITIES

justice require, no substitution or relief of attorney will be approved that will cause delay in prosecution of the case to completion," C.D. Cal. R. 83-2.3.5.

"The decision to grant or deny counsel's motion to withdraw is committed to the sound discretion of the trial court." *Wimo Labs LLC v. eBay Inc.*, 2016 WL 11507544 (C.D. Cal. April 12, 2016) (citations omitted). "In ruling on a motion to withdraw as counsel, district courts generally consider: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Id*.

## **GOOD CAUSE EXISTS TO GRANT COUNSEL'S MOTION**

Here, good cause exists to grant counsel leave to withdraw. Professional considerations require termination of the representation. (Declaration of Alan M. Ritchie ("Ritchie Decl.") ¶ 2.) Counsel is limited in its ability to provide additional information due to confidentiality considerations. *See* Cal. R. Prof. Conduct 1.6.

Moreover, allowing counsel to withdraw will not materially prejudice Plaintiff or Powerline, nor will it cause any undue delay or harm. Indeed, Plaintiff does not oppose the Motion; and under Local Rule 83-2.3.2 and 83-2.3.4, counsel provided written notice to Powerline of the consequences of its inability to appear pro se as a corporate entity. (Ritchie Decl. ¶¶ 3-4.) Furthermore, this matter is still in its infancy: a scheduling order was only recently entered,[2] and the parties have not yet exchanged any formal written discovery. Accordingly, counsel should be granted leave to withdraw.

---

[2] *See* Dkt. No. 37.

## **CONCLUSION**

For the reasons set forth above, counsel respectfully requests that the Court grant his request for leave to withdraw as counsel for Powerline.

Dated: June 21, 2019                    Respectfully submitted,

By: */s/ Alan M. Ritchie*

Alan M. Ritchie (298989)
aritchie@pilgrimchristakis.com
Pilgrim Christakis LLC
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547