## DECLARATION OF ALAN M. RITCHIE

I, Alan M. Ritchie, hereby declare under penalty of perjury that the following statements are true and correct:

1. I am an attorney with Pilgrim Christakis LLP, counsel of record for Defendant Powerline Funding LLC ("Powerline").

2. Professional considerations require termination of the representation. Undersigned counsel is limited in his ability to provide additional information due to confidentiality considerations. *See* Cal. R. Prof. Conduct 1.6.

3. Pursuant to Local Rule 83-2.3.2 and 83-2.3.4, counsel provided written notice to Powerline of its motion to withdraw and the consequences of Powerline's inability to appear pro se as a corporate entity.

4. Pursuant to Local Rule 7-3, counsel conferred with counsel for Plaintiff Mariano Benitez ("Plaintiff") prior to filing the motion, and Plaintiff does not oppose the motion.

Executed on June 21, 2019 in Chicago, Illinois.

_____
Alan M. Ritchie