ALAN M. RITCHIE (298989)
aritchie@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

Attorneys for Defendant
POWERLINE FUNDING LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>       Plaintiff,<br><br>    vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>       Defendants. | Case No. 8:19-cv-00098<br><br>**STIPULATION FOR EXTENSION OF TIME FOR POWERLINE FUNDING LLC TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT** |

1

# STIPULATION

TO THE HONORABLE COURT:

WHEREAS on January 21, 2019, Mariano Benitez ("Plaintiff") filed a putative class action complaint ("Complaint") against Powerline Funding LLC ("Powerline") (Dkt. No. 1);

WHEREAS on April 29, 2019, Powerline filed a Motion to Dismiss the Claims of All Putative Non-California Class Members, or in the Alternative, to Strike Plaintiff's Class Allegations for Lack of Personal Jurisdiction ("Motion to Dismiss") (Dkt. No. 28);

WHEREAS on June 6, 2019, the Court entered an order denying Powerline's Motion to Dismiss (Dkt. No. 33);

WHEREAS Powerline's answer to the Complaint is currently due June 21, 2019 under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure;

WHEREAS on June 21, 2019, counsel for Powerline filed a Motion for Leave to Withdraw as Counsel ("Motion to Withdraw") (Dkt. No. 40);

WHEREAS Powerline's Motion to Withdraw is set to be heard on July 5, 2019 (Dkt. No. 40);

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Powerline shall have up to and including July 12, 2019 to file its answer to Plaintiff's Complaint.

1                              Respectfully submitted,

2

  Dated: June 21, 2019               Defendant Powerline Funding LLC

3

4                            By: */s/ Alan M. Ritchie*
                                 One of its Attorneys

5

6                            Alan M. Ritchie (298989)
                           aritchie@pilgrimchristakis.com

7                            Pilgrim Christakis LLC
                           321 N. Clark Street, 26th Floor

8                            Chicago, Illinois 60654

9                            Telephone: (312) 924-1773

10                          Facsimile: (312) 379-8547

11   Dated June 21, 2019               Plaintiff Mariano Benitez

12                            By: */s/ Taylor T. Smith*
                                 One of his Attorneys

13

14                            Steven L. Woodrow (*admitted pro hac vice*)

15                          swoodrow@woodrowpeluso.com
                         Taylor T. Smith (*admitted pro hac vice*)

16                          tsmith@woodrowpeluso.com

17                          Woodrow & Peluso, LLC

18                          3900 East Mexico Ave, Suite 300
                         Denver, Colorado 80210

19                          Telephone: (720) 213-0675

20                          Facsimile: (303) 927-0809

21                    **SIGNATURE CERTIFICATION**

22      Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Plaintiff's

23 counsel concurs with the content of this document and has authorized me to affix his

24 signature to the document and file the same with the Court.

25

26                                */s/ Alan M. Ritchie*

27

28

STIPULATION FOR EXTENSION OF TIME FOR POWERLINE FUNDING LLC TO FILE ITS ANSWER TO
PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

Alan M. Ritchie, an attorney, certifies that on June 21, 2019, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Alan M. Ritchie*

STIPULATION FOR EXTENSION OF TIME FOR POWERLINE FUNDING LLC TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT