ALAN M. RITCHIE (298989)
aritchie@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

Attorneys for Defendant
POWERLINE FUNDING LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>       Plaintiff,<br><br>       vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>       Defendants. | Case No. 8:19-cv-00098<br><br>**STIPULATION FOR EXTENSION OF TIME FOR POWERLINE FUNDING LLC TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT** |

# STIPULATION

TO THE HONORABLE COURT:

WHEREAS on January 21, 2019, Mariano Benitez ("Plaintiff") filed a putative class action complaint ("Complaint") against Powerline Funding LLC ("Powerline") (Dkt. No. 1);

WHEREAS on April 29, 2019, Powerline filed a Motion to Dismiss the Claims of All Putative Non-California Class Members, or in the Alternative, to Strike Plaintiff's Class Allegations for Lack of Personal Jurisdiction ("Motion to Dismiss") (Dkt. No. 28);

WHEREAS on June 6, 2019, the Court entered an order denying Powerline's Motion to Dismiss (Dkt. No. 33);

WHEREAS Powerline's answer to the Complaint is currently due June 21, 2019 under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure;

WHEREAS on June 21, 2019, counsel for Powerline filed a Motion for Leave to Withdraw as Counsel ("Motion to Withdraw") (Dkt. No. 40);

WHEREAS Powerline's Motion to Withdraw is set to be heard on July 5, 2019 (Dkt. No. 40);

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Powerline shall have up to and including July 12, 2019 to file its answer to Plaintiff's Complaint.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: June 21, 2019 | Defendant Powerline Funding LLC |
| | By: */s/ Alan M. Ritchie* |
| | One of its Attorneys |
| | Alan M. Ritchie (298989) |
| | aritchie@pilgrimchristakis.com |
| | Pilgrim Christakis LLC |
| | 321 N. Clark Street, 26th Floor |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 924-1773 |
| | Facsimile: (312) 379-8547 |
| Dated June 21, 2019 | Plaintiff Mariano Benitez |
| | By: */s/ Taylor T. Smith* |
| | One of his Attorneys |
| | Steven L. Woodrow (*admitted pro hac vice*) |
| | swoodrow@woodrowpeluso.com |
| | Taylor T. Smith (*admitted pro hac vice*) |
| | tsmith@woodrowpeluso.com |
| | Woodrow & Peluso, LLC |
| | 3900 East Mexico Ave, Suite 300 |
| | Denver, Colorado 80210 |
| | Telephone: (720) 213-0675 |
| | Facsimile: (303) 927-0809 |

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Plaintiff's counsel concurs with the content of this document and has authorized me to affix his signature to the document and file the same with the Court.

*/s/ Alan M. Ritchie*

## CERTIFICATE OF SERVICE

Alan M. Ritchie, an attorney, certifies that on June 21, 2019, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                                         */s/ Alan M. Ritchie*