ALAN M. RITCHIE (298989)
aritchie@pilgrimchristakis.com
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

Attorneys for Defendant
POWERLINE FUNDING LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>Defendant. | Case No. 8:19-cv-00098<br><br>**STIPULATION TO EXTEND THE DEADLINE TO ADD PARTIES AND AMEND PLEADINGS; DECLARATION OF ALAN M. RITCHIE** |

1

# STIPULATION

TO THE HONORABLE COURT:

WHEREAS on January 21, 2019, Mariano Benitez ("Plaintiff") filed a putative class action complaint ("Complaint") against Powerline Funding LLC ("Powerline") (Dkt. No. 1);

WHEREAS on June 7, 2019, the parties filed their Joint Case Management Statement (Dkt. No. 34);

WHEREAS on June 19, 2019, the Court entered a Scheduling Order setting the deadline to add parties and amend the pleadings as August 20, 2019 (Dkt. No. 37);

WHEREAS on June 21, 2019, Plaintiff served Powerline with a set of interrogatories and requests for production of documents ("Discovery Requests") (Declaration of Alan M. Ritchie ("Ritchie Decl.") ¶ 2);

WHEREAS on June 28, 2019, counsel for Powerline filed its unopposed Motion for Leave to Withdraw as Counsel ("Motion to Withdraw") (Dkt. No. 45);

WHEREAS counsel for Powerline's Motion to Withdraw is currently set to be heard on September 6, 2019 (Dkt. No. 45);

WHEREAS Plaintiff's counsel agreed to extend Powerline's deadline to respond to Plaintiff's Discovery Requests to September 9, 2019 to allow Powerline additional time to retain new counsel (Ritchie Decl. ¶ 4);

WHEREAS the parties jointly request that the deadline to add parties and amend the pleadings (currently August 20, 2019) be extended to October 1, 2019 to allow Powerline additional time to retain new counsel and respond to Plaintiff's Discovery Requests, and to allow Plaintiff's counsel sufficient time to review

2

Powerline's discovery responses prior to filing any motion to add parties and/or amend the pleadings;

WHEREAS the requested extension is supported by good cause as the extension will allow Powerline additional time to retain new counsel and respond to Plaintiff's Discovery Requests, and also allow Plaintiff's counsel sufficient time to review Powerline's discovery responses prior to filing any motion to add parties and/or amend the pleadings (Ritchie Decl. ¶ 5);

WHEREAS the requested continuance will not prejudice any party, cause any undue delay or harm, or interfere with any other deadlines in this case (Ritchie Decl. ¶ 6);

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline to add parties and amend the pleadings be extended to October 1, 2019.

Respectfully submitted,

Dated: August 7, 2019                    Defendant Powerline Funding LLC

By: */s/ Alan M. Ritchie*
One of its Attorneys

Alan M. Ritchie (298989)
aritchie@pilgrimchristakis.com
Pilgrim Christakis LLC
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

3

Dated August 7, 2019              Plaintiff Mariano Benitez

                                  By: */s/ Taylor T. Smith*
                                        One of his Attorneys

                                  Steven L. Woodrow (*admitted pro hac vice*)
                                  swoodrow@woodrowpeluso.com
                                  Taylor T. Smith (*admitted pro hac vice*)
                                  tsmith@woodrowpeluso.com
                                  Woodrow & Peluso, LLC
                                  3900 East Mexico Ave, Suite 300
                                  Denver, Colorado 80210
                                  Telephone: (720) 213-0675
                                  Facsimile: (303) 927-0809


## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Plaintiff's counsel concurs with the content of this document and has authorized me to affix his signature to the document and file the same with the Court.

                                  */s/ Alan M. Ritchie*

## DECLARATION OF ALAN M. RITCHIE

I, Alan M. Ritchie, hereby declare under penalty of perjury that the following statements are true and correct:

1.      I am an attorney with Pilgrim Christakis LLP, counsel of record for Defendant Powerline Funding LLC ("Powerline").

2.      On June 21, 2019, my office received an email from counsel for Plaintiff Mariano Benitez ("Plaintiff") containing Plaintiff's first set of interrogatories and requests for production of documents ("Discovery Requests").

3.      On June 28, 2019, my office filed its unopposed Motion to Withdraw as Counsel for Defendant Powerline Funding LLC ("Motion to Withdraw") due to professional considerations requiring termination of the representation.  (*See* Dkt. No. 45.)  The Motion to Withdraw is currently set to be heard on September 6, 2019—the first available hearing date at the time the Motion was filed.  (*Id.*)

4.      Plaintiff's counsel agreed to extend Powerline's deadline to respond to Plaintiff's Discovery Requests to September 9, 2019 to allow Powerline additional time to retain new counsel.

5.      Good cause exists for extending the deadline to add parties and amend the pleadings as the extension will allow Powerline additional time to retain new counsel and respond to Plaintiff's Discovery Requests, and also allow Plaintiff's counsel sufficient time to review Powerline's discovery responses prior to filing any motion to add parties and/or amend the pleadings.

6.      The requested extension will not prejudice any party, nor will it cause any undue delay or harm.  Plaintiff has stipulated to the requested extension and the extension will allow Plaintiff's counsel sufficient time to review Powerline's

STIPULATION TO EXTEND THE DEADLINE TO ADD PARTIES AND AMEND PLEADINGS; DECLARATION
OF ALAN M. RITCHIE

discovery responses before filing any motion to add parties and/or amend the pleadings. Moreover, the requested extension will not affect any of the other deadlines in this case. (*See* Dkt. No. 37.)

Executed on August 7, 2019 in Chicago, Illinois.

_____
Alan M. Ritchie

6

1

2

## **CERTIFICATE OF SERVICE**

3

4

Alan M. Ritchie, an attorney, certifies that on August 7, 2019, he

electronically filed the foregoing with the Clerk of the Court by using the CM/ECF

5

system, which will send a notice of electronic filing to all attorneys of record.

6

7

*/s/ Alan M. Ritchie*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND THE DEADLINE TO ADD PARTIES AND AMEND PLEADINGS; DECLARATION
OF ALAN M. RITCHIE