|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |
| 8   |
| 9   |
| 10  |
| 11  |
| 12  |
| 13  |
| 14  |
| 15  |
| 16  |
| 17  |
| 18  |
| 19  |
| 20  |
| 21  |
| 22  |
| 23  |
| 24  |
| 25  |
| 26  |
| 27  |
| 28  |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>　　　　　Defendant. | Case No. 8:19-cv-00098<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND THE DEADLINE TO ADD PARTIES AND AMEND PLEADINGS** |

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The parties shall have up to and including October 1, 2019 to file any motion to add parties and/or amend pleadings.

Dated: _____

_____
Hon. Josephine L. Staton
United States District Court Judge