Aaron D. Aftergood (239853)
  aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Steven L. Woodrow*
  swoodrow@woodrowpeluso.com
Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff Mariano Benitez
and the Classes

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| **Mariano Benitez,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Powerline Funding, LLC**, a New York Limited Liability Company,<br><br>Defendant. | Case No. 8:19-CV-00098-JLS-DFM<br><br>**JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES**<br><br>Hon. Josephine L. Staton<br><br>Complaint filed: January 21, 2019 |

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES - 1 -

Plaintiff Mariano Benitez ("Plaintiff" or "Benitez") and Defendant Powerline Funding, LLC ("Defendant" or "Powerline"), through their respective counsel, hereby stipulate as follows:

## RECITALS

WHEREAS, on January 21, 2019, Plaintiff filed his complaint in this matter in the United States District Court, Central District of California (the "Complaint");

WHEREAS, on January 24, 2019, Powerline was served with a copy of the Complaint and summons, which placed its deadline for responding to the Complaint on February 14, 2019.

WHEREAS, on February 14, 2019 and later on March 4, 2019, Plaintiff's counsel stipulated to two extensions of the time to respond to the Complaint to allow Powerline's initial counsel to adequately respond to Plaintiff's Complaint, and to explore the possibility for settlement. (Dkts. 13, 17.) The Court granted both extensions, which required Powerline to answer or otherwise respond on or before March 18, 2019. (Dkts. 16, 18.)

WHEREAS, following the appearance of Alan Ritchie, Powerline's second attorney, counsel for Plaintiff agreed to two additional extensions to allow Mr. Ritchie time to review the allegations and for the Parties to continue discussing the potential for settlement. (Dkts. 21, 26) The Court granted both extensions, which required Powerline to answer or otherwise respond on or before April 29, 2019. (Dkts. 22, 27.)

WHEREAS, on April 29, 2019, Powerline filed its Motion to Dismiss for Lack of Jurisdiction. (Dkt. 28.)

WHEREAS, on June 6, 2019, following full briefing on the Motion to Dismiss, the Court issued its Order denying Powerline's Motion to Dismiss. (Dkt. 33.)

1  WHEREAS, on June 7, 2019, the Parties filed their Joint Case Management Statement. (Dkt. 34.)

WHEREAS, on June 19, 2019, the Court issued its Scheduling Order which set the following deadlines:

- Last Day to File a Motion to Add Parties and Amend Pleadings: August 20, 2019;
- Fact Discovery Cut-off: February 28, 2020;
- Last Day to File Motion for Class Certification: March 13, 2020;
- Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): March 13, 2020;
- Last Day to Serve Initial Expert Reports: March 13, 2020;
- Last Day to Serve Rebuttal Expert Reports: April 10, 2020;
- Last Day to File Opposition to Motion for Class Certification: April 10, 2020;
- Last Day to File Reply in Support of Motion for Class Certification: April 24, 2020;
- Last Day to Conduct Settlement Proceedings: May 1, 2020;
- Expert Discovery Cut-off: May 8, 2020;
- Last Day to File *Daubert* Motions: May 15, 2020;
- Last Day to File Motions in Limine (excluding *Daubert* motions): June 5, 2020; and
- Final Pretrial Conference (10:30 a.m.): July 10, 2020.

(Dkt. 37.)

WHEREAS, on June 21, 2019, Plaintiff served his first set of discovery requests upon Powerline—including interrogatories and requests for the production of documents.

WHEREAS, following discussions with Powerline's attorney, Alan Ritchie, and his representation that he intended to withdraw as Powerline's attorney, counsel agreed to another extension of the deadline to file its Answer until July 12, 2019 to allow Powerline suitable time to find and retain new counsel (dkt. 42), which was granted on June 25, 2019 (dkt. 44). At the same time, Plaintiff agreed to multiple extensions of the deadline for Powerline to respond to Plaintiff's discovery requests.

WHEREAS, on August 7, 2019, the Parties agreed to an extension of the deadline to file motions to add parties and amend pleadings until October 1, 2019. (Dkt. 47.) The additional time would allow Powerline to serve responses to discovery following the appearance of its new counsel, and also to allow Plaintiff's counsel sufficient time to review Powerline's discovery responses prior to the expiration of the deadline to file motions to add parties and amend pleadings.

WHEREAS, on September 11, 2019, this Court approved Powerline's Request for Approval of Substitution of Counsel. (Dkt. 55.)

WHEREAS, on September 12, 2019, Powerline's current counsel, Ingrid M. Rainey, filed her notice of appearance on behalf of Powerline. (Dkt. 56.)

WHEREAS, Powerline's current counsel reached out to Plaintiff's counsel to request an extension of the deadline to respond to Plaintiff's discovery requests. Powerline's current counsel has informed Plaintiff that its prior counsel did not spent any time working on the discovery responses. Further, Powerline's current counsel is in the process of getting up to speed on the case.

WHEREAS, Plaintiff's counsel appreciates that Ms. Rainey needs time to review the case and adequately respond to Plaintiff's discovery requests. However, Plaintiff is also cognizant that he cannot continue to grant extensions to his own detriment.

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES - 4 -

WHEREAS, the Parties are in mutual agreement that a three-month extension of all remaining deadlines is necessary. The extension will allow Powerline's new counsel time to familiarize herself with the case. Further, the extension will allow both Parties adequate time to engage in discovery without prejudicing either Parties' rights.

WHEREAS, the extension is not being sought for any improper purpose and will not disrupt any other deadline.

WHEREAS, the Parties propose the following deadlines:

- Last Day to File a Motion to Add Parties and Amend Pleadings: January 3, 2020;
- Fact Discovery Cut-off: May 29, 2020;
- Last Day to File Motion for Class Certification: June 12, 2020;
- Last Day to File Motions (excluding Daubert Motions and all other Motions in Limine): June 12, 2020;
- Last Day to Serve Initial Expert Reports: June 12, 2020;
- Last Day to Serve Rebuttal Expert Reports: July 10, 2020;
- Last Day to File Opposition to Motion for Class Certification: July 10, 2020;
- Last Day to File Reply in Support of Motion for Class Certification: July 24, 2020;
- Last Day to Conduct Settlement Proceedings: July 31, 2020;
- Expert Discovery Cut-off: August 7, 2020;
- Last Day to File Daubert Motions: August 14, 2020;
- Last Day to File Motions in Limine (excluding Daubert motions): September 4, 2020; and
- Final Pretrial Conference (10:30 a.m.): October 9, 2020.

# STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, as follows:

1. All remaining deadlines shall be extended by three (3) months.

Dated: October 1, 2019   By:   */s/ Taylor T. Smith*

Aaron D. Aftergood (239853)
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Steven L. Woodrow (*admitted pro hac vice*)
swoodrow@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorney for Plaintiff Mariano Benitez and the Classes

Dated: October 1, 2019   By: */s/ Ingrid M. Rainey*

Ingrid M. Rainey
Ingrid@raineylawpc.com
Rainey Law PC
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (949) 842-5278

Attorney for Defendant Powerline Funding, LLC

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES   - 6 -

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Defendant's counsel concurs with the content of this document and has authorized me to affix her signature to the document and file the same with the Court.

　　　　　　　　　　　　　　　　　　　*/s/ Taylor T. Smith*


## CERTIFICATE OF SERVICE

Taylor T. Smith, an attorney, certifies that on October 1, 2019, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　*/s/ Taylor T. Smith*

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES　　- 7 -