Ingrid M. Rainey (Bar No. 272649)
RAINEY LAW, P.C.
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (949) 842-5278
E-mail: Ingrid@raineylawpc.com

Attorneys for Defendant
POWERLINE FUNDING LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POWERLINE FUNDING LLC, a New York limited liability company,<br><br>Defendant. | Case No. 8:19-cv-00098<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD. Please take notice that commencing October 28, 2019 to November 7 2019, Ingrid M. Rainey, attorney for Defendant Powerline Funding, LLC will be unavailable for any purpose, including but not limited to receiving notices of any kind requiring time sensitive responses, responding to *ex parte* applications, court

1 | appearances, depositions, hearings, or trial.

Respectfully submitted,

RAINEY LAW P.C.

Dated: October 21, 2019         By: */s/ Ingrid M. Rainey*
                                Attorney for Defendant
                                Ingrid M. Rainey (272649)
                                Telephone: (949) 842-5278
                                E-mail: Ingrid@raineylawpc.com

## **CERTIFICATE OF SERVICE**

Ingrid M. Rainey, an attorney, certifies that on October 21, 2019, she electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                                        */s/ Ingrid M. Rainey*