Aaron D. Aftergood (239853)
   aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Steven L. Woodrow*
   swoodrow@woodrowpeluso.com
Taylor T. Smith*
   tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff Mariano Benitez
and the Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **Mariano Benitez,** individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>**Powerline Funding, LLC**, a New York Limited Liability Company,<br><br>              Defendant. | Case No. 8:19-CV-00098-JLS-DFM<br><br>**JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES**<br><br>Hon. Josephine L. Staton<br><br>Complaint filed: January 21, 2019 |

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES     - 1 -

Plaintiff Mariano Benitez ("Plaintiff" or "Benitez") and Defendant Powerline Funding, LLC ("Defendant" or "Powerline"), through their respective counsel, hereby stipulate as follows:

**RECITALS**

WHEREAS, on January 21, 2019, Plaintiff filed his complaint in this matter in the United States District Court, Central District of California (the "Complaint");

WHEREAS, on January 24, 2019, Powerline was served with a copy of the Complaint and summons, which placed its deadline for responding to the Complaint on February 14, 2019.

WHEREAS, on February 14, 2019 and later on March 4, 2019, Plaintiff's counsel stipulated to two extensions of the time to respond to the Complaint to allow Powerline's initial counsel to adequately respond to Plaintiff's Complaint, and to explore the possibility for settlement. (Dkts. 13, 17.) The Court granted both extensions, which required Powerline to answer or otherwise respond on or before March 18, 2019. (Dkts. 16, 18.)

WHEREAS, following the appearance of Alan Ritchie, Powerline's second attorney, counsel for Plaintiff agreed to two additional extensions to allow Mr. Ritchie time to review the allegations and for the Parties to continue discussing the potential for settlement. (Dkts. 21, 26) The Court granted both extensions, which required Powerline to answer or otherwise respond on or before April 29, 2019. (Dkts. 22, 27.)

WHEREAS, on April 29, 2019, Powerline filed its Motion to Dismiss for Lack of Jurisdiction. (Dkt. 28.)

WHEREAS, on June 6, 2019, following full briefing on the Motion to Dismiss, the Court issued its Order denying Powerline's Motion to Dismiss. (Dkt. 33.)

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES - 2 -

WHEREAS, on June 7, 2019, the Parties filed their Joint Case Management Statement. (Dkt. 34.)

WHEREAS, on June 14, 2019, the Parties exchanged their Rule 26(a)(1) initial disclosures. In its disclosures, Powerline identified "Interimagine," a third party that it claims placed the calls to Plaintiff. To date, Plaintiff's counsel has been unable to locate any entity named Interimagine despite repeatedly pressing Powerline's counsel for additional information.

WHEREAS, on June 19, 2019, the Court issued its Scheduling Order which set the following remaining deadlines:

- Fact Discovery Cut-off: February 28, 2020;
- Last Day to File Motion for Class Certification: March 13, 2020;
- Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): March 13, 2020;
- Last Day to Serve Initial Expert Reports: March 13, 2020;
- Last Day to Serve Rebuttal Expert Reports: April 10, 2020;
- Last Day to File Opposition to Motion for Class Certification: April 10, 2020;
- Last Day to File Reply in Support of Motion for Class Certification: April 24, 2020;
- Last Day to Conduct Settlement Proceedings: May 1, 2020;
- Expert Discovery Cut-off: May 8, 2020;
- Last Day to File *Daubert* Motions: May 15, 2020;
- Last Day to File Motions in Limine (excluding *Daubert* motions): June 5, 2020; and
- Final Pretrial Conference (10:30 a.m.): July 10, 2020.

(Dkt. 37.)

WHEREAS, on June 21, 2019, Plaintiff served his first set of discovery requests upon Powerline—including interrogatories and requests for the production of documents—which placed Powerline's deadline to respond to discovery on July 22, 2019.

WHEREAS, following discussions with Powerline's attorney, Alan Ritchie, and his representation that he intended to withdraw as Powerline's attorney, counsel agreed to another extension of the deadline to file its Answer until July 12, 2019 to allow Powerline suitable time to find and retain new counsel (dkt. 42), which was granted on June 25, 2019 (dkt. 44). At the same time, Plaintiff agreed to multiple extensions of the deadline for Powerline to respond to Plaintiff's discovery requests. Plaintiff only agreed to these extensions to permit Powerline's new counsel to provide fulsome responses to the requests.

WHEREAS, on August 7, 2019, the Parties agreed to an extension of the deadline to file motions to add parties and amend pleadings until October 1, 2019. (Dkt. 47.) The additional time would allow Powerline to serve responses to discovery following the appearance of its new counsel, and also to allow Plaintiff's counsel sufficient time to review Powerline's discovery responses prior to the expiration of the deadline to file motions to add parties and amend pleadings.

WHEREAS, on September 11, 2019, this Court approved Powerline's Request for Approval of Substitution of Counsel. (Dkt. 55.)

WHEREAS, on September 12, 2019, Powerline's current counsel, Ingrid M. Rainey, filed her notice of appearance on behalf of Powerline. (Dkt. 56.)

WHEREAS, Powerline's current counsel reached out to Plaintiff's counsel to request an extension of the deadline to respond to Plaintiff's discovery requests to allow counsel time to review the case and provide responses to discovery.

Powerline's current counsel informed Plaintiff that its prior counsel had not spent any time working on the discovery responses.

WHEREAS, Plaintiff's counsel agreed to another extension of time to respond to discovery with the understanding that the Parties would also stipulate to a three-month extension of all remaining deadlines. The new deadline for Powerline to respond to discovery was October 25, 2019.

WHEREAS, on October 1, 2019, the Parties filed their Joint Stipulation to Extend All Remaining Deadlines. (Dkt. 57.)

WHEREAS, on October 9, 2019, the Court issued its Order denying the Parties stipulation to continue all remaining deadlines. (Dkt. 58.)

WHEREAS, on October 25, 2019, Powerline served its responses to Plaintiff's first set of discovery requests. Powerline's responses repeatedly stated that Powerline does not place telemarketing calls to consumers. Instead, Powerline claims that all calls were again made by its agent, Interimagine.

WHEREAS, pursuant to L.R. 37-1, Plaintiff served a discovery dispute letter on November 8, 2019, which addressed deficiencies with respect to Powerline's discovery responses. Counsel for both Parties conferred on November 22, 2019 to address the issues raised in Plaintiff's letter. Specifically, Plaintiff's counsel reiterated the necessity for additional information regarding Powerline's third party agent, Interimagine. The Parties agreed to confer further on December 3, 2019, wherein Powerline's counsel could provide Plaintiff with specifics regarding what additional information could be produced and to establish a deadline for the production.

WHEREAS, on November 19, 2019, Powerline served its first set of discovery requests on Plaintiff—including interrogatories and requests for the

production of documents. Plaintiff will serve his responses to Powerline's discovery requests on December 19, 2019.

WHEREAS, on December 1, 2019, Powerline's counsel informed Plaintiff's counsel that her business partner unexpectedly passed away on November 30, 2019, and requested that the Parties reschedule their December 3rd call because the funeral was to be held the same day. The Parties thereafter agreed to confer on December 13, 2019.

WHEREAS, on December 13, 2019, the Parties agreed that Powerline will produce supplemental responses to the discovery requests by January 10, 2020.

WHEREAS, Plaintiff's counsel intends to serve a subpoena to testify at a deposition in a civil action as well as subpoena to produce documents, information, or objects on Interimagine following the receipt of information that identifies the entity. This information will be directly related to both merits and class issues. That is, Powerline has represented that Interimagine performs all of its telemarketing activities and possesses all of the necessary information—including call records, sources of potential consent, and records of stop requests.

WHEREAS, the Parties are in mutual agreement that three-month extension of all remaining deadlines is necessary. The extension will allow Plaintiff time to effectuate subpoenas upon Interimagine following the receipt of information that identifies the legal entity. Moreover, the additional time will allow sufficient time for the Parties to resolve any remaining issues with respect to discovery prior to the close of discovery. And, to the extent necessary, will permit the Parties to serve additional sets of discovery requests. In short, the extension will allow both Parties adequate time to engage in discovery without prejudicing either Parties' rights.

WHEREAS, the extension is not being sought for any improper purpose and will not disrupt any other deadline.

WHEREAS, the Parties propose the following deadlines:

- Fact Discovery Cut-off: May 29, 2020;
- Last Day to File Motion for Class Certification: June 12, 2020;
- Last Day to File Motions (excluding Daubert Motions and all other Motions in Limine): June 12, 2020;
- Last Day to Serve Initial Expert Reports: June 12, 2020;
- Last Day to Serve Rebuttal Expert Reports: July 10, 2020;
- Last Day to File Opposition to Motion for Class Certification: July 10, 2020;
- Last Day to File Reply in Support of Motion for Class Certification: July 24, 2020;
- Last Day to Conduct Settlement Proceedings: July 31, 2020;
- Expert Discovery Cut-off: August 7, 2020;
- Last Day to File Daubert Motions: August 14, 2020;
- Last Day to File Motions in Limine (excluding Daubert motions): September 4, 2020; and
- Final Pretrial Conference (10:30 a.m.): October 9, 2020.

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, as follows:

1. All remaining deadlines shall be extended by three (3) months.

Dated: December 20, 2019        By:    */s/ Taylor T. Smith*

Aaron D. Aftergood (239853)
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone:  (310) 550-5221
Facsimile:   (310) 496-2840

Steven L. Woodrow (*admitted pro hac vice*)
  swoodrow@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone:  (720) 907-7628
Facsimile:   (303) 927-0809

*Pro Hac Vice*

Attorney for Plaintiff Mariano Benitez and the Classes

Dated: December 20, 2019   By: */s/ Ingrid M. Rainey*

Ingrid M. Rainey
  Ingrid@raineylawpc.com
Rainey Law PC
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (949) 842-5278

Attorney for Defendant Powerline Funding, LLC

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Defendant's counsel concurs with the content of this document and has authorized me to affix her signature to the document and file the same with the Court.

*/s/ Taylor T. Smith*

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES

- 8 -

## CERTIFICATE OF SERVICE

Taylor T. Smith, an attorney, certifies that on December 20, 2019, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Taylor T. Smith

JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES - 9 -