# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **Mariano Benitez,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Powerline Funding, LLC**, a New York Limited Liability Company,<br><br>Defendant. | Case No. 8:19-cv-00098-JLS-DFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND ALL REMAINING DEADLINES**<br><br>Hon. Josephine L. Staton<br><br>Complaint filed: January 21, 2019 |

The Court, having considered the stipulation of Plaintiff Mariano Benitez ("Plaintiff") and Defendant Powerline Funding, LLC ("Defendant") to extend all remaining deadlines, the declaration of Taylor T. Smith in support of the stipulation, and for good cause appearing, hereby orders that all remaining deadlines are extended by three (3) months. The modified deadlines are as follows:

- Fact Discovery Cut-off: May 29, 2020;
- Last Day to File Motion for Class Certification: June 12, 2020;
- Last Day to File Motions (excluding Daubert Motions and all other Motions in Limine): June 12, 2020;
- Last Day to Serve Initial Expert Reports: June 12, 2020;
- Last Day to Serve Rebuttal Expert Reports: July 10, 2020;
- Last Day to File Opposition to Motion for Class Certification: July 10, 2020;
- Last Day to File Reply in Support of Motion for Class Certification: July 24, 2020;
- Last Day to Conduct Settlement Proceedings: July 31, 2020;
- Expert Discovery Cut-off: August 7, 2020;
- Last Day to File Daubert Motions: August 14, 2020;
- Last Day to File Motions in Limine (excluding Daubert motions): September 4, 2020; and
- Final Pretrial Conference (10:30 a.m.): October 9, 2020.

IT IS SO ORDERED.

Date: _____    _____
Hon. Josephine L. Staton
United States District Judge