# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV19-00098 JLS (DFMx) | Date | February 26, 2020 |
|---|---|---|---|
| Title | Mariano Benitez v. Powerline Funding, LLC | | |

**Present: The Honorable** Douglas F. McCormick

| Nancy Boehme | CS 02/26/2020 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Taylor Smith | Ingrid Rainey |

**Proceedings:**            Telephonic Discovery Conference

Cause called and counsel make their appearances.   Court and counsel confer regarding discovery issues.   Court sets further hearing for March 5, 2020, at 9:30 am.

|  | : | 12 |
|---|---|---|
| Initials of Clerk | nb | |