Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, California 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARIANO BENITEZ**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**POWERLINE FUNDING LLC,** a New York limited liability company,<br><br>*Defendant*. | Case No. 8:19-cv-00098-JLS-DFM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 21, 2019<br>Judge: Hon. Josephine Staton |

Plaintiff Mariano Benitez ("Plaintiff" or "Benitez") and Defendant Powerline Funding, LLC ("Defendant" or "Powerline"), by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff filed this putative class action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Fed. R. Civ. P. 23(e) does not limit the parties'

right to stipulate to dismissal of this action because that Rule applies only to certified classes (or classes proposed to be certified for purposes of settlement). No class has been certified in this matter, nor is any class proposed to be certified for purposes of settlement. Likewise, this matter does not involve any Receiver so as to implicate Fed. R. Civ. P. 66.

Accordingly, pursuant to Fed. R. Civ. P. 42(a)(1)(A)(ii), Plaintiff and Defendant agree that this action shall be dismissed in its entirety with prejudice as to the claims of Mr. Benitez, and without prejudice to the claims of any absent class members.

Plaintiff and Defendant further agree that each party is to bear his and its own attorneys' fees and costs.

Respectfully Submitted,

**MARIANO BENITEZ**, individually and on behalf of all others similarly situated,

Dated: September 3, 2020

By: */s/ Taylor T. Smith*
      One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Steven L. Woodrow (*admitted pro hac vice*)
swoodrow@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**

3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809

*Attorneys for Plaintiff and the Classes*

**POWERLINE FUNDING, LLC,**

Dated: September 3, 2020          By: /s/ *Ingrid M. Rainey*

Ingrid M. Rainey
Ingrid@raineylawpc.com
**RAINEY LAW PC**
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (949) 842-5278

*Attorney for Defendant Powerline Funding, LLC*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Defendant's counsel concurs with the content of this document and has authorized me to affix her signature to the document and file the same with the Court.

/s/ *Taylor T. Smith*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on September 3, 2020.

/s/ Taylor T. Smith