<div style="text-align: right; font-size: 2em;">**JS-6**</div>

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARIANO BENITEZ**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**POWERLINE FUNDING LLC,** a New York limited liability company,<br><br>*Defendant*. | Case No. 8:19-cv-00098-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Josephine L. Staton |

Before the Court is the parties' Joint Stipulation to Dismiss Case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Doc. 70.)[1]  Having reviewed the Stipulation, the Court ORDERS that Plaintiff Mariano Benitez's claims against Powerline Funding, LLC in the above-captioned matter are dismissed with prejudice and that the claims

---

[1] In light of the dismissal, Plaintiff's Motion to Enforce Settlement (Doc. 69) is deemed withdrawn and the hearing is VACATED.

of the proposed class members are dismissed without prejudice.  Plaintiff Mariano Benitez and Powerline Funding, LLC shall each bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: September 09, 2020

_____
Hon. Josephine L. Staton
United States District Judge

-2-